Mahir T. Sherif (135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA 92104
Tel: (619) 297-4444
Fax: (619) 297-4115
mahirsherif@sbcglobal.net

FILED
MAY 0 8 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No.: 08 MJ 1252
                          )
            Plaintiff,    )
                          )
      vs.                 )   SUBSTITUTION OF ATTORNEY
                          )
Nestor FLORES-Rodriguez   )
                          )
            Defendant.    )

I, **Nestor Flores-Rodriguez**, hereby substitute Attorney **MAHIR T. SHERIF**, in place of Attorney, **BRIDGET KENNEDY, of Federal Defenders of San Diego, Inc.** as my Attorney of record in the above-entitled case.

**I CONSENT TO THE SUBSTITUTION.**
Dated: 4-29-2008

Nestor Flores-Rodriguez
DEFENDANT

Dated: 4/29/2008

Mahir T. Sherif, ESQ.
RETAINED ATTORNEY

Dated: 5/8/08

Bridget Kennedy, ESQ.
DEFENDANT'S PREVIOUS ATTORNEY

**IT IS SO ORDERED.**

Substitution of Attorney